## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **JASON R. ODEM,** on his own behalf, and on behalf of those similarly situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:08-CV-1196-L** |
| **CENTEX HOMES, INC.,** | § § § | |
| Defendant. | § § | |

## <u>ORDER</u>

Before the court is Defendant's Motion for Leave to File Multiple Motions for Summary Judgment, filed August 20, 2008.  Local Civil Rule 56.2(b) provides that "[u]nless otherwise directed by the presiding judge, or permitted by law, a party may file no more than one motion for summary judgment."  Under this rule, Defendant is permitted to file only one summary judgment motion unless it first establishes good cause and obtains leave of the court.

Defendant argues that multiple summary judgment motions are needed in this case because that "would allow for preliminary matters to be addressed in early dispositive motions." Def.'s Mot. 2.  According to Defendant, this will "(1) narrow the scope and focus of this case; (2) allow for streamlined, more efficient discovery, and (3) serve judicial economy by allowing the Court and the parties to deal only with key issues during discovery, depositions, later dispositive motions, and trial." *Id.*  Defendant fails to show, however, why these interests may not be equally served by filing only one all-inclusive summary judgement motion.  That this is a class action lawsuit does not exempt Defendant from the provisions of Local Rule 56.2(b).  Therefore, the court **determines** that Defendant has failed to establish good cause for filing multiple summary judgment motions.

**Order - Page 1**

Accordingly, the court **denies without prejudice** Defendant's Motion for Leave to File Multiple Motions for Summary Judgment.  If Defendant is later able to establish good cause for filing more than one summary judgment motion, the court will reconsider the matter.

 **It is so ordered** this 16th day of October, 2008.

Sam A. Lindsay<br>
United States District Judge

Order - Page 2