IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JASON R. ODEM, on his own behalf** | § | |
| **and on behalf of those similarly situated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No.  3:08-CV-1196-L (BF) |
| | § | |
| **CENTEX HOMES** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

    This case came on for hearing on Defendant's Expedited Motion to Quash Deposition, filed July 30, 2009 (doc. 185) and Defendant's Expedited Motion to Quash Deposition, filed July 24, 2009 (doc. 180).  After considering the arguments of counsel, the Court hereby grants the motions to quash to the extent that the subpoenas for depositions for August 5, 2009, and August 20, 2009, are quashed.  The motions are denied in all other respects.  This decision is without prejudice with respect to the issue of whether Plaintiff shall be allowed to take further depositions of Defendant's witnesses later in the proceedings after other rulings by the Court.  However, Plaintiff shall obtain leave of Court before noticing any further depositions of 30(b)(6) witnesses.

    **SO ORDERED**, August 5, 2009.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE